IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROOK + WHITTLE LTD, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:24-cv-00735-JRG-RSP |
| NESTLE USA, INC. et al, | § | |
| *Defendants* | § | |
| | § | |

### REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by the undersigned

on Thursday, March 26, 2026, between Plaintiff Brook + Whittle LTD, and Defendants, Nestle

USA, Inc., Fuji Seal International, Inc., and American Fuji Seal Inc.  The mediation resulted in

a settlement.

Signed this 2nd day of April 2026.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> **FOLSOM ADR PLLC**
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone:  (903) 277-7303
> Email:  david@folsomadr.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 2, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom